# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

COUNT ONE:
18 USC section 1344(1)&(2) BANK FRAUD
COUNT TWO:
18 USC section 1029 (a)(3) POSSESS 15 OR MORE UNAUTHORIZED ACCESS DEVICES

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
CT 1: 0-30 years imprisonment, $1,000,000 fine, 5 years supervised release, $100 special assessment.
CT 2: 0-10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
JASWINDER SEKHON

FILED
2005 MAY 12 PM 5:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DISTRICT COURT NUMBER**
CR05-00309 MJJ

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3 05 70267

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
STEPHEN G. CORRIGAN

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☒ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
April 18, 2005

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE:
18 USC section 1344(1)&(2) BANK FRAUD

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
CT 1: 0-30 years imprisonment, $1,000,000 fine, 5 years supervised release, $100 special assessement.

**DEFENDANT - U.S.**
▶ RAJESH KUMAR

FILED
2005 MAY 12 PM 5:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 05-00309 MJJ

E-filing

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
     ☐ U.S. Att'y    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN
☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    STEPHEN G. CORRIGAN

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☒ Awaiting trial on other charges    ☒ Fed'l    ☐ State

If answer to (6) is "Yes", show name of institution
(CUSTODY RELATES TO ICE HOLD)

Has detainer been filed?    ☐ Yes    ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year    April 18, 2005

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

FILED
2005 MAY 12 PM 5: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

E-filing

**CR05-00309**

JASWINDER SEKHON
and
RAJESH KUMAR,

**MJJ**

DEFENDANTS

# INDICTMENT

Title 18, United States Code, Section 1344(1) and (2) Ç Bank Fraud
Title 18, United States Code, Section (a)(3) - Unlawful Possession of Fifteen or
More Unauthorized Access Devices

A true bill.

_____ Foreman

Filed in open court this _____ day of
_____.

_____ Clerk

Bail $ _____

_Wayne D. Brazil_   5/12/05

KEVIN V. RYAN (CASB 118321)
United States Attorney

E-filing

FILED
2005 MAY 12 PM 5:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR05-00309 MJJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | Violations: Title 18 U.S.C. § 1344(1)and (2) - Bank Fraud; Title 18 U.S.C. § 1029(a)(3) - Unlawful Possession of Fifteen or More Unauthorized Access Devices |
| Plaintiff, | |
| v. | |
| JASWINDER SEKHON and RAJESH KUMAR, | OAKLAND VENUE |
| Defendants. | |

**INDICTMENT**

The Grand Jury charges:

**Count One:**  (18 U.S.C. § 1344(1)and(2) - Bank Fraud)

1. Beginning on a date unknown to the grand jury, but no later than on or about March 10, 2005, and continuing through on or about April 18, 2005, in the Northern District of California and elsewhere, the defendants,

JASWINDER SEKHON
and
RAJESH KUMAR,

did knowingly execute, and attempt to execute, a scheme and artifice to defraud, as to material matters, several financial institutions, namely, Wells Fargo Bank, Bank of

INDICTMENT

America, and U.S. Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain money and property owned by, and under the custody and control of, said financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

**Means and Methods**

2. The defendants achieved, and attempted to achieve, the objectives of this scheme using the following means and methods, among others:

   A.   The defendants opened business bank accounts through which credit cards could be processed;

   B.   The defendants traveled to Nevada where they applied for and received cash from loans that they deposited into their business accounts to give the appearance of running legitimate businesses;

   C.   The defendants obtained credit card readers from financial institutions;

   D.   The defendants offered others cash in exchange for stolen credit card numbers;

   E.   The defendants applied for fictitious business licenses and leased a business address for the purpose of appearing to be legitimate businessmen and to provide a site where they could process the stolen credit card numbers; and

   F.   Once the stolen credit card numbers were obtained, the defendants intended to process the credit cards through the credit card readers, and to make material misrepresentations to the banks, indicating by their actions that they were authorized to process the credit cards, and causing a debit to be reflected in the customer's credit account and a corresponding credit to be reflected in the defendants' business bank accounts.

**Overt Acts**

3. In furtherance of the scheme, and to obtain the ends thereof, the defendants committed the following overt acts, among others, in the Northern District of California and elsewhere:

1  A. On or about March 10, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR applied for a fictitious business license at the Alameda County Court in the name of Sakshi Small Transportation, with a business address of 39900 Blacow Road, #60, Fremont.

B. On or about March 12, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR leased Suite 182, 77 8th Street, Oakland, California.

C. On or about March 15, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR applied for a fictitious business license at the Alameda County Court in the name of R & K Distribution, with a business address of 77 8th Street, Suite 182, Oakland, California.

D. Between on or about March 11 and March 24, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR opened small business checking accounts at Wells Fargo Bank, Bank of America, and U.S. Bank, in the name of Rajesh Kumar, doing business as either Sakshi Small Transportation or R & K Distribution.

E. On or about March 22, 2005, in Patterson, California, defendant JASWINDER SEKHON met with another person known to the grand jury and discussed defendant JASWINDER SEKHON's desire to obtain stolen credit card numbers.

F. On or about March 22, 2005, a person known to the grand jury applied for a fictitious business license in the name of BSB Cargo Courier Services, with a business address of 77 8th Street, Suite 182, Oakland, California.

G. On or about March 22, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR sent by facsimile to Bank of America merchant services accounts defendant RAJESH KUMAR'S tax return for the year 2004, falsely reporting his income for the year to be approximately $90,000.

H. On or about April 7, 2005, in Santa Clara, California, defendant JASWINDER SEKHON met with another person known to the grand jury and again discussed his desire to obtain stolen credit card numbers.

I. On or about April 8, 2005, defendant JASWINDER SEKHON and

INDICTMENT                                                3

RAJESH KUMAR traveled to Harrah's Casino in Reno, Nevada, where defendant RAJESH KUMAR applied for and received a loan in the amount of $5,000. Thereafter, defendant RAJESH KUMAR deposited $5,000 in cash into one of the Bank of America business accounts.

    J.    On or about April 13, 2005, in Pleasanton, California, defendant JASWINDER SEKHON met with another person known to the grand jury and took receipt of a document bearing five credit card numbers supplied by law enforcement, which was represented to defendant JASWINDER SEKHON as containing the numbers of stolen credit cards. During this meeting, defendant JASWINDER SEKHON requested that the other person provide him with 300 additional credit card numbers by April 17, 2005, in exchange for $50 for each credit card number.

    K.    On or about April 17, 2005, in Santa Clara, California, defendant JASWINDER SEKHON met with another person and took receipt of papers bearing 250 Wells Fargo Bank credit card numbers supplied by law enforcement.

    L.    On or about April 18, 2005, at his residence in Santa Clara, California, defendant JASWINDER SEKHON possessed seven credit card readers and approximately 450 credit card numbers.

    M.    On or about April 18, 2005, defendants JASWINDER SEKHON and RAJESH KUMAR possessed a credit card reader and blank credit card sales slips at their business location, 77 8th Street, Suite 182, Oakland, California.

    N.    On or about April 18, 2005, defendant RAJESH KUMAR possessed a credit card reader at his residence in Fremont, California.

    All in violation of Title 18, United States Code, Sections 1344(1)and(2).

//
//
//

INDICTMENT                              4

**Count Two:** (18 U.S.C. § 1029(a)(3) Unlawful Possession of Fifteen or More Unauthorized Access Devices )

On or about April 18, 2005, in the Northern District of California and elsewhere, the defendant,

JASWINDER SEKHON,

knowingly and with intent to defraud, possessed fifteen (15) or more unauthorized and counterfeit access devices, namely credit card account numbers, as defined in 18 U.S.C. §1029(e), and in doing so affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

DATED: May 12, 2005              A TRUE BILL.

                                 _____
                                 FOREPERSON

_____
BRIAN J. STRETCH
Chief, Oakland Office


(Approved as to form: _____ )
                     AUSA CORRIGAN

INDICTMENT                              5