

WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
DOLORES OSTERHOUDT, ESQ. (SBN 215537)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone:   (415) 664-4600

Attorneys for Defendant
JASWINDER SINGH SEKHON

**FILED**

JUL 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JASWINDER SINGH SEKHON, et al. ) <br> ) <br> Defendant. ) <br> ) | NO. CR-05-00309 MJJ <br><br> STIPULATION AND <br> (~~PROPOSED~~) ORDER <br> REGARDING SCHEDULING <br> OF STATUS CONFERENCE |

The parties are currently scheduled to appear before the Court on July 14, 2005 at

2:00p.m., for a status hearing, and then on July 28, 2005 at 2:00p.m. for a hearing on

Defendant Jaswinder Sekhon's motion to suppress evidence. The parties seek to

continue the status conference hearing date to occur at the same time as the motion

hearing, on July 28, 2005. The reason for this request is that AUSA Corrigan will be out

of town through the week of July 19, 2005.

The parties SO STIPULATE..

I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY
SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED
DOCUMENT.

1

Date: July 7, 2005

/s/
WILLIAM L. OSTERHOUDT
Attorney for Defendant Sekhon

Date: July 7, 2005

/s/
STEPHEN CORRIGAN
Assistant United States Attorney

IT IS SO ORDERED.

Date: 7/8/2005

HONORABLE MARTIN JENKINS
United States District Judge