1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3701
7     Facsimile: (510) 637-3724
   Attorneys for Plaintiff
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13 UNITED STATES OF AMERICA,       )   No. CR 05-00309 MJJ
                                   )
14        Plaintiff,                )
                                   )   STIPULATION AND [PROPOSED]
15     v.                          )   ORDER TO CONTINUE HEARING
                                   )   FROM SEPTEMBER 29, 2005 TO
16 RAJESH KUMAR,                   )   OCTOBER 5, 2005
                                   )
17        Defendant.                )
                                   )
18

19     Plaintiff United States of America and defendant Rajesh Kumar, by and through his

20 counsel of record, hereby stipulate that the hearing currently scheduled for September 29, 2005,

21 at 2:00 p.m., be continued to October 5, 2005 at 2:15 p.m.

22     Said continuance is requested to grant the parties additional time to discuss a pretrial

23 disposition.

24 Dated: September 30, 2005
                                        _____
25                                      STEPHEN G. CORRIGAN
                                        Assistant United States Attorney
26
   Dated: September 30, 2005.
27                                      _____
                                        GERI L. GREEN
28                                      Counsel for Defendant, Rajesh Kumar

   PLEA AGREEMENT
   CR 05-00309 MJJ

## ORDER

IT IS HEREBY ORDERED THAT this matter currently scheduled for September 29, 2005, at 2:00 p.m., be continued to October 5, 2005 at 2:15 p.m.

IT IS SO ORDERED.

DATED: September \_\_\_\_, 2005

MARTIN J. JENKINS
United States District Judge

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

PLEA AGREEMENT
CR 05-00309 MJJ                                2